IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CHRISTOPHER CRAIG, | § |
| | § No. 342, 2023 |
| Defendant Below, | § |
| Appellant, | § Court Below—Superior Court |
| | § of the State of Delaware |
| v. | § |
| | § C.A. No. N23M-08-135 |
| STATE OF DELAWARE, | § Cr. ID No. 9508023473 (S) |
| | § Cr. ID No. 1206022379 (N) |
| Appellee. | § |

Submitted: December 1, 2023
Decided: December 21, 2023

## **ORDER**

On November 13, 2023, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis* by the November 8, 2023 deadline set by the Clerk's Office. The notice to show cause was delivered on November 20, 2023, as evidence by the certified return receipt filed with the Court. A timely response to the notice to show cause was due on or before November 30, 2023. To date, the appellant has neither responded to the notice to show cause, paid the filing fee, nor filed a motion to proceed *in forma pauperis*. Dismissal of this appeal therefore is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice